**Joseph Samuel REVELS, Plaintiff–Appellant,**

v.

**J.D. ERVIN, Chief and others; Pocomoke City Fire and Rescue Department; Michael Thornton, Chief, Pocomoke City Fire and Rescue Department; Ambulance Personnel and Others; Sergeant Townsend; Ralph Corbin, Officer; Damon Propst, Officer; Worcester County Detention Center, Warden and others, Defendants–Appellees.**

No. 03–6509.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 18, 2003.

Joseph Samuel Revels, Appellant Pro Se. Kevin Bock Karpinski, Allen, Karpinski, Bryant & Karp, Baltimore, Maryland, for Appellees.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph Samuel Revels appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Revels' motion for the production of tape recordings, interviews, and medical records, and we affirm on the reasoning of the district court. *See Revels v. Ervin,* No. CA–02–3320–01–WMN (D.Md. Feb. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*